[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-11478
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 19, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-04819-CV-AR-S
BKCY No. 05-44442-JJR-13

IN RE: PHILLIP A. TALLEY,

Debtor.

_____

PHILLIP A. TALLEY,

Plaintiff-Appellant,

versus

ALABAMA DEPARTMENT OF PUBLIC SAFETY,
W.M. COPPAGE,
in his official capacity

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(December 19, 2007)**

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Phillip A. Talley appeals the district court's grant of the motion to dismiss his complaint he filed against Defendants Alabama Department of Public Safety and W.M. Coppage. Talley filed a bankruptcy adversary proceeding against the Defendants after they suspended his driver's license because of his nonpayment of traffic tickets. Talley alleges the Defendants violated his bankruptcy stay by suspending his license after his bankruptcy petition was filed. The bankruptcy court concluded the traffic fine was a continuation of criminal proceedings permitted by 11 U.S.C. § 362(b)(1). The district court affirmed. After review of the record and the parties' briefs, we affirm for the reasons stated in the district court's well-reasoned opinion of January 29, 2007.

**AFFIRMED.**